**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DANIELLE L. LEWIS,

    **Plaintiff,**

v.             **Case No. 3:25-CV-1880-NJR**

BILLY D. WINTERS and ASHLEY
DISTRIBUTION SERVICES LTD.,

    **Defendants.**

## AMENDED SCHEDULING ORDER

**ROSENSTENGEL, District Judge:**

For good cause shown, the Joint Motion to Amend Scheduling and Discovery Order (Doc. 35) is **GRANTED**, and the deadlines in this matter are **AMENDED** as follows:

1. Plaintiff's deposition shall be taken by **July 31, 2026**.

2. Depositions of Defendant or its employees shall be taken by **August 31, 2026**.

3. Physical and/or mental examinations of parties will be requested pursuant to Federal Rules of Civil Procedure 35 by **September 21, 2026**, and completed by **October 21, 2026**.

4. Motions to amend the pleadings to seek punitive damages shall be filed no later than **June 15, 2026**.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiff's experts by **September 7, 2026**.
   Defendants' experts by **November 30, 2026**.

6. Depositions of expert witnesses must be taken by:

Plaintiff's experts by **October 7, 2026**.
Defendants' experts by **December 30, 2026**.

7.  The mediation session shall be completed by **July 31, 2026**.

8.  Discovery shall be completed by **January 15, 2027**.

9.  The Mediation Proceedings, including additional mediation sessions, if any, are strongly encouraged to be completed by **January 15, 2027**.

10. All dispositive motions shall be filed by **February 16, 2027**.

11. Presumptive Jury Trial month is **September 2027**.

**IT IS SO ORDERED.**

**DATED:   May 21, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**